# WARRANT FOR ARREST

FID 1118532          CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-026-02 | MAGIS. NO: |
|---|---|---|
| v. Un-SEALED LATANYA ANDREWS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: LaTanya Andrews | |
| DOB:        PDID: | FILED FEB 0 9 2006 | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy and Bribery

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371; 18 U.S.C. § 201

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: JAN 31 2006 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: 1/31/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2-9-06 | Stephenie K. Owens, DUSM | Stephenie K. Owens |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |