UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                              )        Crim. No.  06-26-02 (CKK)
                                              )
       versus                                 )
                                              )
Latanya Andrews,                              )
_____Defendant_____)

NOTICE OF APPEARANCE

   The clerk of the Court will please note the entry of my appearance under the

Criminal Justice Act nunc pro tunc to February 9, 2006.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Latanya Andrews

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 27th day of February, 2006: Ann Brickley, Esq. and Daniel A. Petalas, Esq., U.S. Dept. of Justice, 1400 New York Ave. NW, Washington, D.C. 20005; and upon Howard Katzoff, Esq. and James Rudasill, Esq., attorneys for codefendants Leonard and Turner, respectively.

_____
*Nathan I. Silver*