UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
             )    Crim. No. 06-0026-02 (CKK)
             )
  versus        )
             )
LATANYA ANDREWS,     )
_____Defendant_____ )

MOTION TO AMEND RELEASE CONDITIONS

  Defendant, through undersigned counsel, hereby reiterates her motion to amend release conditions, to wit: to eliminate the proscription of travel (except for travel outside the United States) beyond a 50-mile radius surrounding the Washington, D.C. area. The Court indicated at the status hearing held April 6, 2006, it would eliminate the travel restriction so long as defendant (1) does not travel outside the United States and (2) provides the U.S. Pretrial Services Agency ("PSA") with sufficient advance notice of her travel plans and sufficient information regarding her itinerary. The government did not oppose this relaxation, subject to those conditions.

  The Court expressed concern that such a change not burden PSA. Counsel has conferred with Tammy Everitt of PSA, who advises that so long as the release order is changed to reflect these conditions, PSA will not have difficulty monitoring defendant's compliance. Ms. Everitt indicated that, in lieu of a revised (form) release order, an order from the Court would be necessary.

  A proposed Order is attached.

  WHEREFORE, defendant moves the Court to grant said relief.

           Respectfully submitted,

1

NATHAN I. SILVER
Attorney for Latanya Andrews
Unified Bar No. 944314
P.O. Box 5757
Bethesda MD 20824-5757
(301) 229-0189 (voice & fax)
email: NISquire@aol.com

*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via electronic mail upon Ann Brickley, Esq. and Daniel A. Petalas, Esq., Public Integrity Section, Criminal Division, U.S. Dept. of Justice, Washington, D.C., this 7th day of April 2006.

                                              _____
                                              *Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                            )          Crim. No. 06-0026-02 (CKK)
                                            )
         versus                             )
                                            )
LATANYA ANDREWS,                            )
_____Defendant_____ )

ORDER

It appearing from good cause shown in defendant's Motion to Amend Release conditions, the lack of opposition from the government to defendant's request and representations made to the Court at the status hearing of April 6, 2006, along with other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of April, 2006, that the previous proscription of travel beyond a 50-mile radius surrounding the Washington, D.C., area is hereby eliminated, so long as defendant (1) not travel out of the country while this case is pending and (2) provide satisfactory advance notice and information about her itinerary for travel to the U.S. Pretrial Services Agency, subject to such conditions as Pretrial Services may require.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

cc:    Nathan I. Silver, Esq.
       P.O. Box 5757
       Bethesda, MD 20824

       Ann Brickley, Esq.
       Daniel A. Petalas, Esq.
       U.S. Department of Justice – Criminal Division
       Public Integrity Section
       1400 New York Ave. NW
       Washington, D.C. 20005

3