UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LATANYA ANDREWS, *et al.*,<br><br>Defendants. | Criminal Action No. 06-026 (CKK) |

**ORDER**

Upon a consideration of the good cause shown in [21] Defendant Latanya Andrews's Motion to Amend Release Conditions set by Magistrate Judge Alan Kay in his February 9, 2006 [9] Order Setting Conditions of Release, the Government's lack of opposition to Defendant's motion, and the representations made to the Court at the status hearing held on April 6, 2006, it is, this 6th day of June, 2006, hereby

**ORDERED** that [21] Defendant Andrews's Motion to Amend Release Conditions is GRANTED; it is further

**ORDERED** that the previous proscription of travel beyond a 50-mile radius surrounding the Washington, D.C., area is eliminated, so long as Defendant Andrews (1) remains in compliance with <u>all</u> conditions of release; (2) does not travel outside of this country as long as this case is in effect; and (3) provides at least 3 business days advance notice and information about her itinerary for travel within the United States to the U.S. Pre-Trial Services Agency. All

other conditions of release remain in effect.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Send Copies to:

D.C. Pretrial Services Agency

Nathan I. Silver, II
LAW OFFICES OF NATHAN I. SILVER
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189
Fax: (301) 229-0189
Email: nisquire@aol.com

*Counsel for Defendant*

Ann C. Brickley
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, NW
12th Floor
Washington, DC 20004
US
(202) 514-7532

Daniel A. Petalas
US DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, PUBLIC INTEGRITY SECTION
10th Street and Constitution Avenue, NW
Washington, DC 20530
(202) 514-1412
Fax: (202) 514-3003
Email: dan.petalas@usdoj.gov

*Counsel for Government*