Case 1:06-cr-00026-CKK    Document 29    Filed 06/22/2006    Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER R. TURNER, LATANYA ANDREWS, and THELMA LEONARD,<br><br>  Defendants. | Crim. Action No. 06-0026 (CKK) |

**ORDER**

As discussed at the Status Conference held on the record on Thursday, June 22, 2006, in anticipation of trial in this case, which is currently set for Monday, July 24, 2006, it is, this 22nd day of June, 2006, hereby

**ORDERED** that the next status conference in this case is set for Wednesday, July 19, 2006 at 9:00 a.m.; it is further

**ORDERED** that Defendant Turner's Opposition to the Government's Rule 404(b) Notice shall be due by Friday, June 30, 2006; the Government's Reply shall be due by Friday, July 7, 2006; it is further

**ORDERED** that the Government's contemplated Motion *in Limine* regarding the possible "decedent's intentions" defense shall be due by Friday, July 7, 2006; Defendants' Opposition(s) shall be due by Friday, July 14, 2006; it is further

**ORDERED** that Defendant Leonard's Replies to the Government's Combined Opposition to her Motion to Suppress and her Motion for Severance shall be due by Friday, June 30, 2006; it is further

**ORDERED** that the parties are to provide the Court with any supplemental *voir dire* questions and a jointly prepared statement of the case to be read to the venire on a disk by Friday,

July 7, 2006; if one side objects to a question or a portion of the prepared statement, those objections are to be noted, and support provided; objections and/or changes should be put in italicized type to highlight the dispute; it is further

**ORDERED** that the parties are to provide the Court with any special, non-standard instructions and instructions for the offenses charged on a disk by Wednesday, July 19, 2006; once again, if one side objects to an instruction or portion thereof, those objections are to be noted, and support provided; objections and/or changes should be put in italicized type to highlight the dispute; it is further

**ORDERED** that the parties are to provide the Court with any standard jury instructions that they wish the Court to give on a disk by Monday, July 24, 2006; once again, if one side objects to an instruction or portion thereof, those objections are to be noted, and support provided; objections and/or changes should be put in italicized type to highlight the dispute; it is further

**ORDERED** that the parties, prior to trial, are to contact John Cramer, Courtroom Technology Administrator, at (202) 354-3019 in order to discuss and/or set up a meeting regarding how to properly use the electronic courtroom.

**SO ORDERED**.

                                                                     /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge