# EXHIBIT B

DA Form 2800, CID Report of Investigation (dated Jan. 28, 1972)
[BATES Nos. 3138-3144]

United States of America v. Peter R. Turner, et al., 06-CR-026 (CKK)
Government's Reply Brief in Support of its Motion
to Admit Evidence under Rule 404(b) (filed July 7, 2006)

## CID REPORT OF INVESTIGATION
### (Military Police)
For use of this form, see AR 195-10; the proponent agency
is the Office of the Deputy Chief of Staff for Personnel

7 F 1

| PREPARING CID AGENCY | TYPE OF REPORT | REPORT NUMBER |
|---|---|---|
| Crime Suppression Team (Logistics) 8th MP Group (CI) APO San Francisco 96491 | 1st Supplemental | 71-CID148-51957 |
| | PERIOD COVERED 26 Jan 72 | |

OFFENSE
1. Larceny 2. Larceny (Insufficient Evidence)
3. Attempted Bribery

DATE OF REPORT
72/1/28

SUBJECT(S): (Last name - First name - Middle name - Grade - SSAN - Organization or address and ZIP Code)

ROBINSON, Lester (NMN); (2); SSG; 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; Hqs Co, 266th S&S Bn, APO SF 96491
TURNER, Peter Robert; (1,2,3); SP5; 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; Hqs Co, 266th S&S Bn, APO SF 96491

BASIS FOR INVESTIGATION

Reference is made to CID ROI 71-CID148-51957, completed, 5 Nov 71.

INVESTIGATIVE SUMMARY

On 21 Jan 72, TURNER appeared before a general court martial convened pursuant to Court Martial Appointing Order 292, HQs, Saigon Support Command, Long Binh, RVN, APO 96491, 1 Oct 71 ammended by Orders 335, 21 Dec 71, and 5, 20 Jan 72. He was found guilty of violation of Articles 121 and 134, UCMJ and sentenced to dismissal from the service and confinement at hard labor for one year, and forfeiture of all pay and allowances. The sentence is pending approval by the convening authority.

The charges against ROBINSON were dismissed due to insufficient evidence.

The originals of Exhibits A and C were retained in the trial record. The originals of Exhibits B and D through K are attached to the Repository copy of this report.



HQ, USACIDC, WASHINGTON, D.C.
REVIEWED MAY
BY_____ DATE_____

| DISTRIBUTION | COPIES | DATE OF NOTICE TO CO RESPONSIBLE FOR SUBMISSION OF DA FORM 268   N/A |
|---|---|---|
| CO, 8th MP Gp (CI), APO 96491 | 2 | INVESTIGATOR (Signature) |
| CG, USARV, ATTN: AVHPM-PS-CIB, APO 96375 (Info cy) | (1) | |
| DIR, USAIRR-CRD (Repos cy) | (1) | TYPED NAME, TITLE AND ORGANIZATION |
| File | 2 | HARVEY J. ANDREWS    1817 Crim Inves |
| | | APPROVING OFFICER (Signature) |
| | | TYPED NAME, GRADE, TITLE, AND ORGANIZATION ROBERT T. HAAS, MAJ, MPC Opns Off, 8th MP Gp (CI) |

DA FORM 2800
1 APR 59

REPLACES EDITION OF 1 JAN 68, WHICH IS OBSOLETE

003138

1

| CID REPORT OF INVESTIGATION<br>(Military Police)<br>For use of this form, see AR 195-10; the proponent agency is the Office of the Deputy Chief of Staff for Personnel | | 7F1/8A |
|---|---|---|
| **PREPARING CID AGENCY**<br>Crime Suppression Team (Logistics)<br>8th MP Gp (CI)<br>APO San Francisco 96491 | **TYPE OF REPORT**<br>Completed | **REPORT NUMBER**<br>71-CID148-51957 |
| | **PERIOD COVERED**<br>27 Sep - 3 Nov 71 | |
| **OFFENSE**<br>1.  Larceny  2.  Larceny (Insufficient Evidence)<br>3.  Attempted Bribery | | **DATE OF REPORT**<br>5 Nov 71 |

**SUBJECT(S) (Last name - First name - Middle name - Grade - SSAN - Organization or address and ZIP Code)**

ROBINSON, Lester (NMN); (1,2); SSG; 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; Hqs Co, 266th S&S Bn, APO SF 96491

TURNER, Peter Robert; (1,2,3); SP5; 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; Hqs Co, 266th S&S Bn, APO SF 96491

**BASIS FOR INVESTIGATION** On 27 Sep 71, information received from Det C, 8th MP Gp (CI), Long Binh Field Office, disclosed that ROBINSON and TURNER were apprehended at the US Army Depot, Long Binh (USADLB), in possession of suspected falsified documents and US Govt property.  (MPR 71-CST-88)

**INVESTIGATIVE SUMMARY**
Investigation disclosed that about 1215 hours, 6 Sep 71, SSG Lewis L. GRANT, MP Det, USADLB, reported ROBINSON and TURNER were in possession of false documents with which they had obtained US Govt property.  Continued investigation disclosed that ROBINSON and TURNER attempted to obtain a gate pass to exit USADLB with a truck load of flashlights, valued at $3,340.80, US Govt property.  They had used a false Material Requisition Expedite form, DD 1348-1 (MRE) to obtain the US Govt property from warehouse #713, USADLB and to obtain the exit pass from USADLB.

Additional investigation disclosed that at 1210 hours, 31 Aug 71, the names ROBINSON and TURNER were listed on a Load Verification List at Gate 2A, USADLB, and that a load of bedsheets, valued at $9,757.44, US Govt property, were removed from USADLB, utilizing a false MRE.  This information could not be substantiated.

TURNER offered SSG Frederick R. MOSES, Military Police, USADLB and SP5 Ronnie L. CRAIG, Military Police, USADLB a bribe to release him after he had been apprehended, on 6 Sep 71.

DEC 20 1971                              FEB 03 1972

| DISTRIBUTION | COPIES | DATE OF NOTICE TO CO RESPONSIBLE FOR SUBMISSION OF DA FORM 268   6 Sep 71 |
|---|---|---|
| CG, USASUPCOM, SGN, ATTN:  SJA, APO<br>  96491 (Info cy) | 2 | **INVESTIGATOR (Signature)** |
|   CO, HHC, 266th S&S Bn, APO 96491<br>  (Action cy) | (1) | |
| CO, 8th MP Gp (CI), APO 96491 | 2 | **TYPED NAME, TITLE, AND ORGANIZATION** |
|   CG, USARV, ATTN:  AVHPM-PS-CIB, APO<br>  96375 | (1) | HARVEY J. ANDREWS       1817<br>Crim Inves |
|   DIR, USAIRR-CRD, Ft Holabird, MD 21219 | (1) | **APPROVING OFFICER (Signature)** |
| File | 1 | |
| | | **TYPED NAME, GRADE, TITLE, AND ORGANIZATION**<br>ALFRED R. JEFFERSON, COL, MPC<br>CO, 8th MP Gp (CI), APO SF 96491 |

DA FORM 2800
1 APR 88          REPLACES EDITION OF 1 JAN 88, WHICH IS OBSOLETE.          003139          3

| CID REPORT OF INVESTIGATION - ADMINISTRATIVE DATA | REPORT NUMBER |
|---|---|
| For use of this form, see AR 195-10; the proponent agency is the Office of The Provost Marshal General. | 71-CID148-51957 |

SUBJECT(S) (Show last name and following personal data in order listed: Service number; Security clearance; DOB; POB; Sex; Race; Height; Weight; Hair color; Eye color; Build; Identifying marks; Former name, aliases, or service number; Disposition of subject; Results of repository check.)

ROBINSON:  UNK; None; 26 Oct 36; Tampa, FL; M; Negro; 72 in; 175 lbs; black hair; brown eyes; medium build; on duty with assigned unit; USAIRR - Pending.

TURNER:  UNK; None; 28 May 45; Drewryville, VA; M; Negro; 71 in; 231 lbs; black hair; brown eyes; heavy build; on duty with assigned unit; USAIRR - Negative.

VICTIM(S) (Show full name and following personal data in order listed:  SSAN; Service number; Organization or address; Position occupied; Grade or title; Sex; Race; DOB; POB; Former military rank or service number; Location of victim.)

US Govt (USADLB, RVN)

### AGGREGATE DOLLAR VALUE OF PROPERTY

| | STOLEN | LOST | DAMAGED | RECOVERED |
|---|---|---|---|---|
| US GOVT | $13,098.24 | | | $3,340.80 |
| PRIVATE | | | | |

### COORDINATION

| | DATE INITIAL NOTIFICATION | NAME OF PERSON RECEIVING NOTIFICATION |
|---|---|---|
| INTELLIGENCE | | |
| JUDGE ADVOCATE | DATE CASE DISCUSSED | NAME OF PERSON DISCUSSED WITH |
| PROVOST MARSHAL | DATE INITIAL NOTIFICATION  6 Sep 71 | NAME OF PERSON RECEIVING NOTIFICATION  Donald A. HAGGARD, SGT  MP Det., USADLB |
| | DATE COMPLETED REPORT DISCUSSED  3 Nov 71 | INSTALLATION PROVOST MARSHAL APPROVAL  CPT AHRENS  PM, USADLB |
| OTHER | SPECIFY AGENCY, DATE, PERSON NOTIFIED | |

TOTAL AMOUNT OF CID FUNDS EXPENDED ON INVESTIGATION (Enter on repository and file copies only.) $

REMARKS

The DA Form 2804 on ROBINSON was sent to USAIRR-CRD on 14 Oct 71.  No reply received as of yet.

REVIEW

WILLIAM D. WAGNER., CPT, USA, H J, USARV. 1 DEC 1971

003140

71-CID148-51957

SUBSTANTIATION

In an oral statement, warehouse employees Ho Thi BICH VAN, Hunh Thi HA, and Tran Thi PHONG identified TURNER as having come to Warehouse #713, USADLB, and obtained 1,920 flashlights, US Govt property, by presenting an MRE (#AT80MP10462059). HA and PHONG loaded the flashlights into a 2 1/2 ton truck that TURNER was driving. BICH VAN recorded the transaction on a log book and had turner sign the MRE in her presence. PHONG, HA and BICH VAN recalled another black American soldier in the area in a jeep, but could not identify ROBINSON.

TURNER, with ROBINSON standing nearby, attempted to obtain an exit pass for the truck load of flashlights from Gate 2A, USADLB. GRANT, the Cargo Control Point NCO, reviewed the MRE (#AT80MP10462059) that TURNER presented for the exit pass and believed it to be false. GRANT related this information in an oral statement and stated that both the 2 1/2 ton truck with ARVN markings and the 1/4 ton truck with ARVN markings were at the gate when TURNER and ROBINSON were there.

In a written statement, MOSES stated that he reviewed the document TURNER had given to GRANT and it did not match the standards provided him in training as being a valid document. MOSES directed TURNER to bring th load of flashlights and the 2 1/2 ton truck with ARVN markings to the USADLB Provost Marshal's office. MOSES stated that TURNER offered him a bribe of $300,00 if MOSES would release him.

In a written statement CRAIG stated he assisted MOSES when TURNER was apprehended with the load of flashlights at Gate 2A, USADLB, and that TURNER offered him a bribe while enroute to the Provost Marshal's office. CRAIG stated that he apprehended ROBINSON on the depot at a later time.

SSG Kenneth D. MYERS, Provost Marshal Investigator, in a written statement, indicated that he interviewed TURNER and ROBINSON at the depot after they were apprehended. Both men refused to make any statements. MYERS stated that he released the flashlights to supply channels and the vehicles to the Long Binh Post Provost Marshal's office.

Criminal Investigator William H. MILLS, Det C, Long Binh Field Office, prepared an investigator's statement relating that during the preliminary investigation it was discovered that the Load Verification Check Sheet, USADLB, for 31 Aug 71, listed a TURNER and ROBINSON as having exited the depot in two vehicles. This entry lead to the discovery of a MRE (#AT81CG12437001) for 8,064 bedsheets, US Govt Property, which were issued from Warehouse #713, the document being false.

During an interview with SP4 Gayle M. PARKER, military policeman on duty at Gate 2A on 31 Aug 71, it was learned he could not recall the entry in the check sheet and could not recall anything concerning the truck or its driver. The clerk for Warehouse #713, BICH VAN, could not describe the person that presented MRE #AT81CG12437001 for the bedsheets. No other persons could be located that recalled the issuance of these sheets to the men listed on the Load Verification Check Sheet. The vehicle numbers on the sheet are incomplete and could not be traced. The social security numbers on the load list are similar in some respects but not the same as the subjects of this investigation.

3

003141

71-CID148-51957

SUBSTANTIATION Continued

In an oral statement CPT Nguyen THANH, ARVN Special Forces Liaison Officer, Bien Hoa, RVN, the officer responsible for the 2 1/2 ton truck driven by TURNER, said that he did not loan the truck to anyone on 6 Sep 71 and that he did not know TURNER. MSG Pham Viet BONG, assistant to THANH, stated orally that he did not loan the truck to TURNER and that he did not know TURNER. They could not explain how TURNER came into possession of their truck (#56.999).

MSG Percival R. PIPER, 3d Ranger Command, Bien Hoa, in a written statement, said that he loaned the 1/4 ton truck with ARVN markings to ROBINSON the night of 5 Sep 71. The jeep belonged to the 3d Ranger Command.

SFC Raymond W. ROTHWELL, Document Control Storage, USADLB, reviewed the two MRE forms (#AT80MP10462059 and #AT81CG12437001) and made an oral statement that both appear to be false documents. ROTHWELL has worked with these documents for a number of years and it is his job to review documents before they are put into storage files.

In an investigator's statement, Criminal Investigator Harvey J. ANDREWS related the results of the interviews of witnesses that did not make written statements and to present additional information not contained elsewhere.

4

71-CID148-51957

EXHIBITS

    1.  ATTACHED

        A. Material Requisition Expedite form, DD 1348-1, #AT80MP10462059, except copy #5 (cy)

        B. Material Requisition Expedite form, DD 1348-1, #AT80MP10462059 copy #5 (cy)

        C. Material Requisition Expedite form, DD 1348-1, #AT81CG12437001, copy #1 (cy)

        D. Load Verification Check Sheet, USADLB Form 269, dated 31 Aug 71 (cy)
        E. Statement of SSG MOSES, dated 24 Oct 71 (cy)
        F. Statement of SP5 CRAIG, dated 23 Oct 71 (cy)
        G. Statement of SSG MYERS, dated 27 Oct 71 (cy)
        H. Statement of SGT LIPSCOMB, dated 29 Oct 71 (cy)
        I. Statement of MSG PIPER, dated 23 Oct 71 (cy)
        J. Statement of Crim Inves ANDREWS, dated 3 Nov 71 (cy)
        K. Statement of Crim Inves MILLS, dated 3 Nov 71 (cy)

    2.  NOT ATTACHED

       Released to Warehouse #412, USADLB

       L.  Flashlights, FSN #6230-161-6472, 1,920 ea

    The originals of Exhibit A and C through K are on file in the records of this office. Exhibit B is a carbon copy of Exhibit A and is being retained in the files of this office.

WITNESSES

    BICH VAN, Ho Thi, employed at Whse #713, USADLB, APO SF 96332.
    HA, Hunh Thi, employed at Whse #713, USADLB, APO SF 96332.
    PHONG, Tran Thi, employed at Whse #713, USADLB, APO SF 96332.
    SSG GRANT, Lewis L., 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, Co D, Trp Cmd, USADLB, APO SF 96332.
    SSG MOSES, Frederick R., 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, Co F, MP Det, Trp Cmd, USADLB, APO SF 96332.
    SP5 CRAIG, Ronnie L., 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, Co F, Trp Cmd, USADLB, APO SF 96332.
    SSG MYERS, Kenneth D., 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, Co F, Trp Cmd, USADLB, APO SF 96332.
    Crim Inves MILLS, William H., 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, Long Binh Field Office, Det C, 8th MP Gp (CI), APO SF 96491.
    SP4 PARKER, Gayle M., 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, Co F, Trp Cmd, USADLB, APO SF 96332.
    CPT THANH, Nguyen, ARVN, SN #52/120683, Liaison Team of Dong Ba - Thin (Cam Ranh Bay) Training Center, Khe 3144 (located physically at UITG Compound, Bien Hoa, RVN).
    MSG BONG, Pham Viet, ARVN, SN #49/302402, Liaison Team of Dong Ba - Thin (Cam Ranh Bay) Training Center, Khe 3144 (located physically at UITG Compound, Bien Hoa, RVN).
    MSG PIPER, Percival R., 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, 3d Ranger Cmd, APO SF 96266.
    SFC ROTHWELL, Raymond W., 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, NCOIC, Document Control Storage, USADLB, APO SF 96332.

5

003143

71-CID148-51957

UNDEVELOPED LEADS

    None

6

003144