# EXHIBIT D

General Court Martial Order No. 1437 (dated Dec. 14, 1972)
[BATES No. 3416]

United States of America v. Peter R. Turner, et al., 06-CR-026 (CKK)
Government's Reply Brief in Support of its Motion
to Admit Evidence under Rule 404(b) (filed July 7, 2006)

DEPARTMENT OF THE ARMY
US DISCIPLINARY BARRACKS
Fort Leavenworth, Kansas   66027

GENERAL COURT-MARTIAL ORDER                    14 December 1972
NUMBER 1437

In the general court-martial case of Specialist Five Peter R. Turner, Jr.,
US Army, Headquarters and Headquarters Company, 266th Supply
and Service Battalion (DS), APO San Francisco 96491, the sentence to bad
conduct discharge, forfeiture of all pay and allowances becoming due on
and after the date of the convening authority's action (unapplied forfei-
tures in excess of $120.00 pay per month suspended until the sentence
ordered executed by General Court-Martial Order Number 649, this headquar-
ters, dated 8 June 1972), confinement at hard labor for 1 year, and reduc-
tion to the grade of Private E-1, adjudged 21 January 1972, as promulgated
in General Court-Martial Order Number 16, Department of the Army, Headquar-
ters US Army Support Command, Saigon, APO San Francisco 96491, dated 1
April 1972, has been affirmed pursuant to Article 66.  The provisions of
Article 71(c) having been complied with, the sentence will be duly executed,
but by order of the Secretary of the Army, dated 26 June 1972, so much of
the sentence to confinement as is in excess of nine months, was remitted..
That portion of the sentence pertaining to confinement has been served and
the accused was restored to duty pending completion of appellate review on
22 August 1972 and the application of that portion of the sentence pertain-
ing to forfeitures was deferred during the period 22 August 1972, to the date
of this order, pursuant to General Court-Martial Order Number 988, this
headquarters, dated 22 August 1972.  (Accused is presently a member of Cor-
rectional Holding Detachment, United States Disciplinary Barracks, Fort
Leavenworth, Kansas, on excess leave without pay).

BY ORDER OF COLONEL O'KIER:

OFFICIAL:                                   DOYLE T. CRAIGHEAD
                                            LTC, MPC
                                            Chief of Staff

SANDY T. TUCKER
Captain, JAGC
Asst Adjutant

(CM 428004)

DISTRIBUTION:
1 - Acc Turner, 5324 Wayne Avenue, Philadelphia, PA 19144
14- IP USDB                                 1 - Ch DAD USA Jud
1 - Comdt                                   1 - CDR USA Per Svc Spt Cen, ATTN:AGPE-
1 - DC USDB                                 1 - TSO FC USA
2 - Hq Files                                1 - CDR Fifth US Army
3 - Fin O                                   2 - CHD USDB
10- TJAG DA                                 2 - CDR USASUPCOM, SGN, APO SF 96491
2 -TPMG DA