UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  \*
                          \*
v.                        \*   Case No. 06 - 026-02 (CKK)
                          \*
~~PETER TURNER~~ Latanya Andrews  \*

FILED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BENCH CONFERENCE WAIVER

Defendant, Latanya Andrews, ~~PETER TURNER~~, after having been advised by counsel of the right to be present all meaningful stages of the trial as guaranteed by the Sixth Amendment to the United States Constitution, do hereby voluntarily waives ~~his~~ has right to be physically present during all bench conferences, including at bench conferences during the voir dire (jury selection) process and throughout the trial. Defendant further acknowledges that she has been advised by the Court and counsel, that she will be provided headphones to enable him to listen to all bench conferences utilizing the audio-monitoring system in the courtroom.

_____   _Latanya Andrews_ date 7/24/06
                            ~~Peter Turner~~ Latanya Andrews

Nathan I. Silver
Bar No. 944314 (D.C.)         _____
PO Box 5757                   James W. Rudasill, Jr. Bar # 318113
Bethesda MD 20824             717 D Street, NW Suite 310
(301) 229-0189                Washington, D.C. 20004
Counsel for Ms. Andrews       (202) 783-7908
                              Counsel for Defendant Turner