IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 06-026-02 (CKK) |
| LATANYA ANDREWS : | |
| : | |
| Defendant. : | |
| _____ : | |

**FILED**
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>VERDICT FORM</u>

1. How do you find the defendant, LaTanya Andrews, as to Count One of the Indictment, Conspiracy?

   Guilty __X__   Not Guilty _____

   A. In so finding, we the jury unanimously agreed that defendant LaTanya Andrews conspired to commit at least one of the following four objects alleged in Count One *(select all that apply)*:

   a. To Defraud the United States:           Guilty __X__   Not Guilty _____
   b. To Commit Mail Fraud:                   Guilty __X__   Not Guilty _____
   c. To Demand, Seek, or Receive a Bribe:    Guilty __X__   Not Guilty _____
   d. To Give, Offer, or Promise a Bribe:     Guilty _____   Not Guilty __X__

Page 2 - Verdict Form, 06cr026-02

    B.    As to Count One of the Indictment, Conspiracy, are you unanimous on at least one overt act?

Yes __X__    No _____

2.    How do you find the defendant, LaTanya Andrews, as to Count Two of the Indictment, Demanding, Seeking, or Receiving a Bribe?

Guilty __X__    Not Guilty _____

7/31/06
_____
Date

_____
Foreperson