UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            Plaintiff         :
                              :   CRIMINAL NO. 06-026-02
    vs.                       :   Judge Colleen Kollar-Kotelly
                              :
LATANYA ANDREWS               :
                              :
            Defendant         :

### ORDER

The Probation Office shall file its Presentence Report by no later than <u>JANUARY 12, 2007</u>.

The Parties shall file its Memorandum in Aid of sentencing by no later than <u>JANUARY 26, 2007</u>; and it is further;

ORDERED that a written notice of appearance regarding sentencing on <u>FEBRUARY 9, 2007 AT 12:00 P.M.</u>, shall be signed by defendant and filed by counsel no no later than <u>NOVEMBER 3, 2006</u>; and it is further;

ORDERED that the defendant shall be sentence in Courtroom #28A on the Sixth Floor on <u>FEBRUARY 9, 2007 AT 12:00 P.M.</u>

IT IS DO ORDERED,

Date: Oct 26, 2006

Colleen Kollar-Kotelly
United States District Judge

cc:    Chambers
       File
       Courtroom Clerk
       Pretrial
       Probation
       Nathan I. Silver, II, P.O. Box 5757, Bethesda, MD 20824-5757
       Ann Brickley and Daniel Petalas, U.S. Department of Justice