UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
              )  Crim. No. 06-26-02 (CKK)
              )
   versus      )
              )
Latanya Andrews,      )
_____Defendant_____ )

ORDER

Upon good cause shown by defendant in her Motion for Release Pending Appeal, and upon other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this \_\_\_\_\_ day of _____, 2007, that defendant's Motion is GRANTED, and it is further

ORDERED, that the defendant comply with the previously-imposed pretrial conditions, which remain in effect pending the outcome of her appeal before the U.S. Court of Appeals for the D.C. Circuit.

                  _____
                  Hon. Colleen Kollar-Kotelly
                  United States District Judge

cc:  Nathan I. Silver, Esq.
   P.O. Box 5757
   Bethesda MD 20824

   Ann Brickley, Esq.
   Daniel A. Petalas, Esq.
   Public Integrity Section
   US Dept. of Justice
   1400 New York Ave. NW
   Washington DC 20004

U.S. Pretrial Services Agency
United States Courthouse – 1st flr.
Washington DC 20001

Kelli Griffin Cave
U.S. Probation Office
United States Courthouse – 2nd flr.
Washington DC 20001

Jonathan Jeffress, Esq.
Federal Public Defender
625 Indiana Ave. NW – Suite 550
Washington DC 20004