CO-290
Rev. 3/88

NOTICE OF APPEAL, CRIMINAL

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

vs.

*Latanya ANDREWS*

Criminal No. 06-026-02 (CKK)

## NOTICE OF APPEAL

**FILED**

FEB 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant**  *Latanya Andrews*
*1716 Dutch Village Drive*
*Landover, MD 20785*

**Name and address of appellant's attorney**
*Nathan I. Silver*
*PO Box 5757*
*Bethesda MD 20824-5757*

**Offense** *18 USC §371 Conspiracy; 18 U.S.C. §201 (c)(1)(B) - Receiving Bribery, illegal gratuities*

**Concise statement of judgment or order, giving date, and any sentence**

*Date: Feb. 9, 2007*
*Judgmt: Conviction of 18 U.S.C. §371 → §18 USC §201 (b)(2)(A) or (B),*
*Conspiracy to defraud the United States and Bribery, respectively;*
*Sentence: 15 yrs. on each count, to be served concurrently; 24 months supervised release on each count, also concurrent; $200. special assessment.*

**Name of institution where now confined, if not on bail**

*n/a*

I, the above-named appellant, hereby appeal to the United States
Court of Appeals for the District of Columbia Circuit from the above-
stated judgment.

*2-9-07*
**DATE**

**APPELLANT**

CJA, NO FEE    ✗
PAID USDC FEE
PAID USCA FEE

**ATTORNEY FOR APPELLANT.**

Does counsel wish to appear on appeal?  Yes (No)
Has counsel ordered transcripts?  Yes (No)
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes (No)