HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

APR 1 0 2007

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**LaTanya Andrews**                         Docket No.: CR 06-026-02

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **LaTanya Andrews** having been sentenced, on February 9, 2007, in the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to ___FPC Alderson___, in ___Alderson, WV___ by 2 p.m., on ___May 3, 2007___.

___4/10/07___
Date

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____         _____
ATTORNEY/U.S. PROBATION OFFICER         DEFENDANT

Revised 6-2004