# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3024**  September Term, 2006

06cr00026-02-CKK

Filed On:

United States of America,
    Appellee

v.

Latanya Andrews,
    Appellant

FILED
MAY - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAY X 2 2007
CLERK

**BEFORE:** Randolph, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of appellant's application for release pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be granted. The conditions of release set forth in the district court's February 9, 2006 and June 6, 2006 orders are hereby continued in effect during the pendency of this appeal.

The Clerk is directed to transmit a copy of this order to the district court forthwith.

**Per Curiam**

ARR/TPH
MG
SPL/TBG

U.S. Probation Officer Mark McCroson notified 5/2/07 at 3:25 p.m. He will notify Bureau of Prisons and the defendant.
Linda Pugh
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk