# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-3024**                                  **September Term, 2007**
                                                 FILED ON: JULY 15, 2008

UNITED STATES OF AMERICA,
    APPELLEE

v.

LATANYA ANDREWS,
    APPELLANT



Appeal from the United States District Court
for the District of Columbia
(No. 06cr00026-02)

Before: ROGERS and GARLAND, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: July 15, 2008

Opinion for the court filed by Circuit Judge Garland.
Concurring opinion filed by Circuit Judge Rogers.